UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Julie Dalton, *individually and on behalf of all others similarly situated*, | File No. 24-cv-2008 (ECT/JFD) |
| Plaintiff, | **ORDER** |
| v. | |
| Skechers USA Inc., | |
| Defendant. | |

---

Plaintiff Julie Dalton has filed a Notice of Dismissal with Prejudice. ECF No. 15. Defendant Skechers USA Inc. has not filed an answer or motion for summary judgment. Accordingly, based on the submitted Notice of Dismissal and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i),[1] **IT IS ORDERED** that the action is **DISMISSED WITH PREJUDICE** and without costs or fees to any party.

Date: November 4, 2024

s/ Eric C. Tostrud
Eric C. Tostrud
United States District Court

---

[1] It appears that Dalton meant to file the Notice of Dismissal under Fed. R. Civ. P. 41(a)(1)(A)(i), though the Notice mistakenly cites "Rule 41.01(a)," a Minnesota Rule of Civil Procedure. *See* ECF No. 15 at 1.